UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
Attorneys for Estate of Saul Fischer

In Re:

KELLY K. LALLY,

                Debtor.

Case No.:        19-13492 (JKS)

Adv. No.:        _____

Chapter:         13

Hearing Date:    March 28, 2019

Judge:           Sherwood

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, _____David H. Stein, Esq._____,

      ☒    am the attorney for: _____the Estate of Saul Fischer_____

      ☐    am self-represented

    Phone number: _____732-855-6126_____

    Email address: _____dstein@wilentz.com_____

2.    I request an adjournment of the following hearing:

    Matter: _____Motion for Relief from Automatic Stay_____

    Current hearing date and time: _____3/28/19 at 10:00 a.m._____

    New date requested: _____April 11, 2019_____

    Reason for adjournment request: Counsel for Debtor has requested an adjournment as he is not available on the current return date.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: March 18, 2019 _____                /s/ David H. Stein_____
                                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 4/11/2019 @ 10:00          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*