Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–13492–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kelly K. Lally
    54 Farmbrook Road
    Sparta, NJ 07871

Social Security No.:
    xxx–xx–3682

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2019
JAN: zlh

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-13492-JKS
Kelly K. Lally                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Jul 26, 2019
                           Form ID: 148        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
```
db             +Kelly K. Lally,    54 Farmbrook Road,    Sparta, NJ 07871-4015
none           +Estate of Saul Fischer,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
                 Suite 900, Box 10,    Attn: David H. Stein, Esq.,    Woodbridge, NJ 07095-1155
cr             +Township of Sparta,    c/o Angelo J. Bolcato, Esq.,    60 Blue Heron Road,    Suite 300,
                 Sparta, NJ 07871-2608
518038645       Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    West Palm Beach, FL 33416
518050340     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
518038646      +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
518038647      +Dr. Darren Schwartz, DDS,    39 Newton Sparta Road Suite A,    Newton, NJ 07860-2773
518069285      +Estate of Saul Fischer,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
                 Suite 900, Box 10,    Woodbridge, NJ 07095-1155,    Attn: David H. Stein, Esq.
518038649      +Green Tree Servicing,    c/o Ditech Financial,    Attn: Officer,
                 1100 Virginia Avenue, Suite 100A,    Fort Washington, PA 19034-3276
518038648      +Green Tree Servicing,    c/o Stephen Einstein & Assoc., PC,    20 Vessey Street, Suite 1406,
                 New York, NY 10007-4217
518038652      +John J. Stank,    c/o Bell Law Group,    PO Box 220,    Rockaway, NJ 07866-0220
518038653      +Johnny on the Spot,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70,    PO Box A,
                 Manasquan, NJ 08736-0631
518038654      +Lake Mohawk Country Club,    c/o Kelly Ward, Esq.,    93 Spring Street,    Newton, NJ 07860-2069
518038655       Lake Mohawk Country Club,    21 Lake Mohawk Country Club Boardwalk,    Sparta, NJ 07871
518038656      +Larry Fischer,    Executor of the Estate of Saul Fischer,    c/o Joel Rosen,
                 60 Park Place, Suite 1016,    Newark, New Jersey 07102-5504
518038657      +Larry Fischer, Executor of Estate of SF,    c/o Joel Rosen, Esq.,    60 Park Place, Suite 1016,
                 Newark, New Jersey 07102-5504
518038658      +Sparta Tax Collector,    65 Main Street,    Sparta, NJ 07871-1903
518038659      +State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
518038661      +TD Bank,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518070542      +Township of Sparta,    c/o Angelo J. Bolcato, Esq.,    Laddey Clark & Ryan LLP,
                 60 Blue Heron Road, Suite 300,    Sparta, NJ 07871-2608
518212269      +US Bank Cust BV002 Trst & Crdtrs,    Atn: Blue Virgo Capital Mgmt., LLC,    164 Mason Street,
                 Floor 2 South,    Greenwich, CT 06830-6677
518038664      +Wickes Lumber Company,    c/o Bart J. Klein,    2066 Millburn Avenue,    Maplewood, NJ 07040-3727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2019 23:34:29    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2019 23:34:28    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 27 2019 03:33:00    Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518220568      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 26 2019 23:34:38
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
518038650       EDI: IRS.COM Jul 27 2019 03:33:00    Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518040497      +EDI: RMSC.COM Jul 27 2019 03:33:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518038662       EDI: TDBANKNORTH.COM Jul 27 2019 03:33:00    TD Bank,    Attn: Officer,    70 Gray Road,
                 Falmouth, ME 04105
518038663      +E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2019 23:34:29    US Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2534
                                                                                        TOTAL: 8
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518038651*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518038660*     +State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        Angelo J. Bolcato    on behalf of Creditor   Township of Sparta lcr@lcrlaw.com
        David H. Stein    on behalf of Unknown Role Type    Estate of Saul Fischer dstein@wilentz.com,
         ciarkowski@wilentz.com
        Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Meredith I. Friedman    on behalf of Unknown Role Type    Estate of Saul Fischer
         mfriedman@wilentz.com,  ciarkowski@wilentz.com
        Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
         LIABILITY COMPANY rsolarz@kmllawgroup.com
        Stephen B. McNally    on behalf of Debtor Kelly K. Lally steve@mcnallylawllc.com,
         jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                               TOTAL: 9